IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 95-11203

---

DARRELL LEE ACLESE,

Plaintiff-Appellee,

versus

DALLAS COUNTY JAIL, Et Al,

Defendants

JIM BOWLES, Sheriff;
STEVE ACKERMAN, Captain,

Defendants-Appellants.

---

Appeal from the United States District Court
For the Northern District of Texas, Dallas

---

February 13, 1997

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

We are persuaded that there are no genuine issues of material fact for trial. See Farmer v. Brennan, ___ U.S. ___, 114 S.Ct. 1977; Hare v. City of Corinth, 74 F.3d 633 (5th Cir. 1996) (en banc). We reverse the order denying summary judgment and enter judgment in favor of Sheriff Jim Bowles and Captain Ackerman.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

REVERSED.